THOMAS E. MULVIHILL, ESQ. (SBN 129906)
TAMIKO A. DUNHAM, ESQ. (SBN 233455)                JS6
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P.O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
tmulvihill@bjg.com
tdunham@bjg.com

Attorneys for Plaintiff
USF INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USF INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FAIRMONT SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No.:  CV 07-06120 JFW (vbk)<br><br>**ORDER GRANTING STIPULATED DISMISSAL**<br><br>Complaint Filed:  September 20, 2007<br><br>Honorable John F. Walter |

　　　The Court, having received and reviewed the attached Stipulation to Dismiss Action With Prejudice by USF INSURANCE COMPANY, and good cause appearing therefrom:

　　　IT IS HEREBY ORDERED that the instant action is dismissed with prejudice.   Each party is to bear its own fees and costs, as provided in the stipulation.

DATED:   April 28, 2008

By: _____/s/_____
THE HONORABLE UNITED STATES
JUDGE JOHN F. WALTER

24561-1/430128

-1-
[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL - Case No.:  CV 07-06120 JFW (vbk)